IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHARON FLOWERS, Individually and On Behalf of All Others Similarly Situated,<br>　　　　*Plaintiff*,<br><br>v.<br><br>MGTI, LLC a/k/a MO'S STEAKHOUSE, NARF HOU, LLC a/k/a MO'S A PLACE FOR STEAKS, and JOHN A. VASSALLO,<br>　　　　*Defendants*. | C.A. NO. 4:11-cv-1235<br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

　　　Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and by and through her attorney of record, the named Plaintiff Sharon Flowers requests that the Court enter an order dismissing without prejudice all claims and causes of action against MGTI, LLC a/k/a Mo's Steakhouse only and requiring each party to bear its own attorneys' fees and costs. All other parties remain active in this suit.

2

Respectfully submitted:

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore
    Melissa Moore
    State Bar No. 24013189
    Federal Id. No. 25122
    Rochelle Owens
    State Bar No. 24048704
    Curt Hesse
    State Bar No. 24065414
    Federal Id. No. 590507
    Lyric Centre
    440 Louisiana, Suite 675
    Houston, Texas  77002
    Telephone: 713.222.6775
    Fax: 713.222.6739

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 25[h] day of July 2011 via the Court's CM/ECF system.

/s/ Melissa Moore
Melissa Moore