# EMPLOYEE LIST



| Payroll Name | Address Line 1 | Address Line 2 | City | State/Province | Zip/Postal Code |
|---|---|---|---|---|---|
| Abercrombie, Dekar D. | 11606 Ashworth Street | | Houston | TX | 77016 |
| Aguilar, Santos | 2737 Briargrove | | Houston | TX | 77057 |
| Ajche, Francisco | 6130 Sw Frwy #535 | | Houston | TX | 77057 |
| Alpacaja Pacheco, Marcelo | 6111 Winsome | Apt. 3 | Houston | TX | 77057 |
| Al-Bochi, Amer | 414 Marshall Street | #5 | Houston | TX | 77006 |
| Aldis, Eric | 3411 Cummin St. | #2 | Houston | TX | 77027 |
| Alejandro, Cesar | 5620 Chinmey Rock | | Houston | TX | 77081 |
| Alexander, Connie Rae | 8600 Woodway Dr. | #411 | Houston | TX | 77063 |
| Allardyce, Heather | 302 Sydnor Street | | Houston | TX | 77002 |
| Allen, Ashley B | 15603 Memorial | | Houston | TX | 77079 |
| Alvarez, Hernan | 11930 Sharpcrest Lane | | Houston | TX | 77072 |
| Alzate, Luisa | 9500 West Rd | | Houston | TX | 77064 |
| Amaro, Crystal | 305 Grove St | | Houston | TX | 77020 |
| Ansari, Farouk | P.O.Box 571092 | | Houston | TX | 77257 |
| Arana, Jose | 11710 Briar Forest | | Houston | TX | 77077 |
| Aviles, Carlos | 2423 Winrock Blvd | | Houston | TX | 77057 |
| Babin, Casey | 2660 Augusta Drive | #213 | Houston | TX | 77057 |
| Barrera, Migual | 6403 Sierra Bianca | | Houston | TX | 77083 |
| Barrero, Gerardo | 12353 Wellington Park Dr | | Houston | TX | 77072 |
| Barriaga, Juan | 6419 Skyline | | Houston | TX | 77057 |
| Barton, Inga | 1906 Binz St. | | Houston | TX | 77004 |
| Beau, Thomas | 2803 Copra Ln | | Houston | TX | 77073 |
| Beaver, John | 10307 Greenwillow | | Houston | TX | 77035 |
| Behringer, Brandon | 25503 Old Carriage Lane | | Spring | TX | 77373 |
| Berding, Kenya | 10742 Sandpiper | | Houston | TX | 77096 |
| Berry, Joel | 6425 Westheimer Rd | | Houston | TX | 77057 |
| Bertot, Robert | 1123 Bartlett Street | | Houston | TX | 77006 |
| Bolotova, Natalie | 6121 Winsome Lane | | Houston | TX | 77057 |
| Bosco, Jessica | 5045 Crenshaw Rd. | #1024 | Pasadena | TX | 77505 |
| Boykin, Danielle | 12927 Greens Manor Lane | | Houston | TX | 77044 |
| Brandon, Sarah | 2350 Westcreek | | Houston | TX | 77027 |
| Branscomb, Taqoya | 949 Pennygent | | Channelview | TX | 77530 |
| Bravo, Mario | 9001 Town Park | | Houston | TX | 77036 |
| Bravo, Yuri | 9104 Fondren | | Houston | TX | 77074 |
| Brice, Matthew | 4241 Bettis Blvd | | Houston | TX | 77027 |
| Brinkoeter, Catherine | 3030 Greenridge | #41 | Houston | TX | 77057 |

| Name | Address | Apt/Unit | City | State | Zip |
|---|---|---|---|---|---|
| Brown, Brian | 6015 Winsome Lane | | Houston | TX | 77057 |
| Brown, Michael | 2120 Fountain View | | Houston | TX | 77057 |
| Butler, Tara | 4444 Westheimer | Apt. 554 | Houston | TX | 77027 |
| Cabrera, Cecilio | 12314 Wellan Drive | | Houston | TX | 77031 |
| Caldera, Maria P | 7830 Zitonis Court | | Houston | TX | 77040 |
| Callahan, William | 513 Ridge | | Houston | TX | 77009 |
| Carabello, Blaise E | 5303 Huisache | | Bellaire | TX | 77401 |
| Carlson, Gretta T | 4006 Vineyards Lane | | Kennesaw | GA | 30144 |
| Carothers, Brian | 7303 Buchanan Drive | | Richmond | TX | 77469 |
| Carr, Kristin | 31031 Edgewater Dr. | | Magnolia | TX | 77354 |
| Casanova, Alexis | 3525 Sage | | Houston | TX | 77056 |
| Castaneda, Manuel | 9100 Westheimer | | Houston | TX | 77063 |
| Castano Delgado, Roberto | 8322 Parasol Lane | | Houston | TX | 77064 |
| Castillo, Jorge | 1102 Sunny Drive | | Houston | TX | 77037 |
| Castillo, Sylvia | 10619 Spanish Grant Dr. | | Sugarland | TX | 77498 |
| Cendrowski, Michael | 23006 Meadows Pond Circle | | Katy | TX | 77450 |
| Cerpa, Nestor | 2101 Hayes Road | Apt. 1101 | Houston | TX | 77077 |
| Chamorro, Francisco | 6419 Skyland | #1026 | Houston | TX | 77057 |
| Chancoy, Antonio | 6442 Ella Lee Lane | | Houston | TX | 77057 |
| Chancoy, Mateo | 6442 Ella Lee Lane | | Houston | TX | 77057 |
| Chavez, Mauricio | 5500 El Camino Del Rey | | Houston | TX | 77081 |
| Chisolm, David | 2200 Fountain View Dr. | | Houston | TX | 77057 |
| Chitic, Miguel | 6425 Weestimer | | Houston | TX | 77057 |
| Cho-Ajanel, Placido | 6425 Westheiner | | Houston | TX | 77057 |
| Chow, Luis | 23130 S. Waterlake Dr. | | Richmond | TX | 77406 |
| Cimaj, Fransisco | 6425 Westheimer | | Houston | TX | 77057 |
| Cimaj, Fransisco | 6425 Westheimer | | Houston | TX | 77057 |
| Cleaval, Lauren M | 5615 Arboles Drive | | Houston | TX | 77035 |
| Collazo, Crystal | 7015 Langden Ln | | Houston | TX | 77074 |
| Cooper, Catherine | 7490 Brompton Ave. | #482 | Houston | TX | 77025 |
| Cordova, Rodolfo | 9935 Knights Crest | | Houston | TX | 77083 |
| Cornell, Jeremiah | 9100 Westheimer Rd. | #2330 | Houston | TX | 77063 |
| Cruz - Hernandez, Jose | 6425 Westheimer | Apt. 1703 | Houston | TX | 77057 |
| Curry, Daniel | 4530 Briar Hollow Place 120 | | Houston | TX | 77027 |
| Dahnke, Kirk | 914 East 25th Street | | Houston | TX | 77009 |
| De Leon, Gracelia | 1532 1/2 Kipling | | Houston | WI | 77006 |
| Dei Maggi, Michael | 846 W. 24th St. | | Houston | TX | 77008 |

| Name | Address | Apt/Unit | City | State | Zip |
|---|---|---|---|---|---|
| Del Solar, Pedro | 2821 Greenridge | | Houston | TX | 77057 |
| Demartini, Breccia | 1901 Post Oak Blvd | | Houston | TX | 77056 |
| Des Rosiers, Joseph | 2801 Rolido | #116 | Houston | TX | 77063 |
| Diaz, Jesus | 7500 Bellerive | | Houston | TX | 77036 |
| Dolch, Karla | 7330 Dearborn | | Houston | TX | 77055 |
| Dopheide, Kellie | 3363 McCue Rd. | #138 | Houston | TX | 77056 |
| Drew, Nathalie | 3225 Woodland Park Dr | | Houston | TX | 77082 |
| Drolet, Monica | 2711 Grant Lake Blvd | | Sugar Land | TX | 77479 |
| Elias, Annette | 3000 Woodland Park Dr. | Apt. 1309 | Houston | TX | 77082 |
| Erwin, Thomas K | 1911 Fountain View | | Houston | TX | 77057 |
| Escobar, Olys | 5722 S. Minster Dr. | | Houston | TX | 77035 |
| Espinal, Melvin | 1919 W. Main St. | #24 | Houston | TX | 77098 |
| Espinoza, Emmanuel | 6425 Westheimer | #1815 | Houston | TX | 77057 |
| Espinoza-Cervantes, Martin | 6061 Beverly Hill St. | #198 | Houston | TX | 77057 |
| Fargason, Nola G. | 607 S. Ripple Creek | | Houston | TX | 77057 |
| Farnkoff, Charles | 5123 Prosperity Cr | | Houston | TX | 77018 |
| Febles, Lindsey M | 4501 Holt St. | | Bellaire | TX | 77401 |
| Finn, Devinah Samson | 3114 Kettering Dr. | | Houston | TX | 77027 |
| Flores, Juan | 7307 Seton Lake Drive | | Houston | TX | 77086 |
| Flores, Victor | 7103 Silverstar | | Houston | TX | 77086 |
| Flowers, Sharon | 6410 Pelmonte Drive | #10 | Houston | TX | 77057 |
| Ford, Jennifer D | 5151 Richmond Ave. | | Houston | TX | 77056 |
| Frank, John Maxwell | 6464 San Felipe | | Houston | TX | 77057 |
| Fuentes, Kelly | 12250 S. Kirkwood | Apt. 511 | Houston | TX | 77477 |
| Galarreta, Leslie | 21101 Kingsland Ranch Blvd. | | Houston | TX | 77077 |
| Galarreta, Leslie | 21101 Kingsland Ranch Blvd. | | Houston | TX | 77077 |
| Galarza, Daniel | 4444 Westheimer | Apt. 149 | Houston | TX | 77027 |
| Garcia, Andres | 2112 Common | | Houston | TX | 77009 |
| Garcia, Hector | 20134 Cottonglade Lane | | Humble | TX | 77338 |
| Garcia, Jairo | 12600 Dunlap Street | | Houston | TX | 77035 |
| Garland, Randell | 5906 Oakwood Glen Circle | | Spring | TX | 77379 |
| Garner, Lily | 13640 Theodore Roosevelt | | Manor | TX | 78653 |
| Garska, Stacey | 7800 N. Sam Houston Parkway | Apt. 5302 | Humble | TX | 77396 |
| Garver, Keith | 7023 Sundance Meadows Lane | | Richmond | TX | 77407 |
| Gatlin, Charles Earon | 2803 Copra Lane | | Houston | TX | 76073 |
| Gervasi, Margarita | 2013 N. Fry Road | #506 | Katy | TX | 77449 |
| Gilbride, Peter | 1901 Augusta | #402 | Houston | TX | 77057 |

| Name | Address | Apt/Unit | City | State | Zip |
|---|---|---|---|---|---|
| Gilliam, Tristan | 3011 W T.C. Jester Blvd | | Houston | TX | 77018 |
| Godinez, Maria | 5404 Beverly Hill | | Houston | TX | 77056 |
| Goen, Morgan B | 4305 Westheimer | | Houston | TX | 77027 |
| Gonzales, Jessica | 1356 Mardi Lane | | Houston | TX | 77055 |
| Gonzalez, Juana | 7979 Westheimer | | Houston | TX | 77063 |
| Gonzalez, Juana | 7979 Westheimer | | Houston | TX | 77063 |
| Gonzalez, Luis | 11734 Coachfield Lane | | Houston | TX | 77035 |
| Gonzalez, Maria | 6419 Skyline | | Houston | TX | 77057 |
| Gonzalez, Theresa | 4334 N. 89th Street | | Milwaukee | WI | 53222 |
| Granados, Rhina | 7730 Barberton Dr. | | Houston | TX | 77036 |
| Granger, Wesley | 6 Bayou Shadows | | Houston | TX | 77024 |
| Groves, Camiece M. | 5045 Crenshaw | Apt. 1024 | Pasadena | TX | 77505 |
| Guitierrez, Jardy | 1742 Woodvine Dr. | Apt. 57 | Houston | TX | 77055 |
| Gurrero, Ernest | 8807 McAvoy | | Houston | TX | 77074 |
| Gutierrez, Marisol | 19735 Byron Meadows | | Katy | TX | 77449 |
| Haim, Sarah | 3030 Post Oak Blvd #413 | | Houston | TX | 77056 |
| Hammond, Mandy K. | 5151 Richmond Ave. | #205 | Houston | TX | 77056 |
| Hanks, Mary Helen | 1200 S Dairy Ashford | | Houston | TX | 77077 |
| Harvey, Robert | 503 Avondale | | Houston | TX | 77006 |
| Henriquez, Diana E. | 10915 Shawnbrook Dr. | | Houston | TX | 77071 |
| Henry, Jennifer | 10925 Briar Forest Dr. | #2004 | Houston | TX | 77042 |
| Hernandez, Jose | 6721 Mobud Drive | | Houston | TX | 77074 |
| Hernandez, Rafael | 9935 Knights Crest. Dr. | | Houston | TX | 77083 |
| Hill, Alfred | 8304 South Course Dr. | | Houston | TX | 77072 |
| Hohl, Annettee | 11201winbrooke Dr | | Houston | TX | 77042 |
| Hopkins, Justin P | 2121 Allen Parkway | | Houston | TX | 77019 |
| Hunter, Grant S. | 6805 Jarred Court | | Pearland | TX | 77584 |
| Ibrahim, Yassmin | 1901 Post Oak Blvd | | Houston | TX | 77056 |
| Illing, Greg | 11114 Barker Park Ct. | | Cypress | TX | 77433 |
| Jimenez, Teodora E. | 5301 Beverly Hill | #38 | Houston | TX | 77027 |
| Johnson, Christine | 10706 Burgoyne | | Houston | TX | 77042 |
| Jones, Jacqueline | 4912 Linden Street | | Bellaire | TX | 77401 |
| Jones, Kelsey M. | 2501 Tanglewilde Ave. | #151 | Houston | TX | 77063 |
| Juarez, Francisco Simaj | 6425 Westheimer | #1619 | Houston | TX | 77057 |
| Kanarellis, Jason | 3990 Washington Ave | | Houston | TX | 77007 |
| Karczewski, Nicolette | 3611 Graustark | | Houston | TX | 77006 |
| Karpaty, Sam | 20110 Horizon Way | | San Antonio | TX | 78258 |

| Name | Address | Apt | City | State | Zip |
|---|---|---|---|---|---|
| Kidd, Allison | 6121 Winsome #118c | | Houston | TX | 77057 |
| Kingery, Michael | 1739 De Milo | | Houston | TX | 77018 |
| Kirby, Katy | 3411 Cummins | | Houston | TX | 77027 |
| Koll, Kevin | 2211 Fern Mmist | | Katy | TX | 77494 |
| Kozul, Vedran | 1829 Augusta Dr. | #22 | Houston | TX | 77057 |
| Kravets, Natalya | 5401 Chimney Rock | | Houston | TX | 77081 |
| Krolikowski, John | 21738 Canyon Peak Lane | | Katy | TX | 77450 |
| Lacan, Jose | G 419 Skyline | | Houston | TX | 77057 |
| Lambert, Justin S | 2637 N Cramer Rd | | Milwaukee | WI | 53211 |
| Lane, Spencer | 20106 Rivenwood Dr | | Cypress | TX | 77433 |
| Liamis, Christina | 13118 Eldridge Chase | | Houston | TX | 77041 |
| Linares, Rodolfo | 11500 Keegans Ridge | | Houston | TX | 77031 |
| Lindsey, Kelli | 2727 W 18th Street | | Houston | TX | 77008 |
| Little, Adrien | 1915 Augusta Dr. | | Houston | TX | 77057 |
| Lockhart, Christopher | 2828 Hayes Rd | | Houston | TX | 77082 |
| Lopez, Josue | 6330 Skyline | | Houston | TX | 77057 |
| Lucio - Leija, Johanna | 349 W. 26th | | Houston | TX | 77008 |
| Luna, Fransisco | 7404 Darnell Circle | | Houston | TX | 77063 |
| MacLean, Brandy | 8341 Detroit | | Houston | TX | 77017 |
| MacLean, Heather | 8341 Detroit | | Houston | TX | 77017 |
| Madonia, Kellee | 2100 Tanglewilde Ave. | #513 | Houston | TX | 77063 |
| Mallozzi, Dominic | 5518 Bryanhurst Lane | | Spring | TX | 77379 |
| Matson, Tyler J. | 469 S. 50th St. | | Milwaukee | WI | 53208 |
| Manzoni, Lamberto | 6919 Lawler Ridge | | Houston | TX | 77055 |
| Martin, Erica | 22947 Indian Ridge Dr | | Katy | TX | 77450 |
| Martinez, Juan | 5401 Chimney Rock #484 | | Houston | TX | 77081 |
| Martinez, Stephanie | 2306 McCue Rd | | Houston | TX | 77056 |
| Mata, Adolfo | 16246 Barbarrosa | | Houston | TX | 77083 |
| Matrangelo, Anthony | 11610 Alphine Valley Court | | Houston | TX | 77038 |
| Mc Auley, Paul F | 3310 Louisiana St. | 2101 | Houston | TX | 77008 |
| McAloon, Courtney E | 20722 Castle Bend | | Katy | TX | 77450 |
| McLaughlin, Cory | | | | | |
| McMillan, Patrick | 1100 Bering Dr | | Houston | TX | 77057 |
| Medardo, Arana | 11700 Briar Forest | | Houston | TX | 77077 |
| Medardo, Arana | 117010 Bray T Foresst | | Houston | TX | 77077 |
| Medina, Charlie | 9100 Westheimer Rd | | Houston | TX | 77063 |
| Medina, Jose Isreal | 1712 Miami | | Pasadena | TX | 77502 |

| Name | Address | Unit | City | State | Zip |
|---|---|---|---|---|---|
| Mejia, Daniel | 9940 Richmond Ave. | | Houston | TX | 77042 |
| Mejia, Juan. | 6425 Westhelmer | | Houston | TX | 77057 |
| Menchu Caniz, Josefa A. | 6320 Windswept | Apt. 757 | Houston | TX | 77057 |
| Menchu, Erick F | 6363 Beverly Hill | #22 | Houston | TX | 77057 |
| Merino Mendez, Cesar Augusto | 5401 Chimney Rock | #253 | Houston | TX | 77081 |
| Miner, Brian | 3427 Cactus Creek Dr. | | Spring | TX | 77386 |
| Moore, William | 9908 Windmill Lakes Blvd | | Houston | TX | 77075 |
| Morales, Ramon | 3407 Lapstone Drive | | Houston | TX | 77082 |
| Morris, Timothy | 7031 Clustering Oak | | Richmond | TX | 77469 |
| Murcia, Andrea I | 10714 Checkerboard | | Houston | TX | 77096 |
| Nava, Emily | 2742 Triway Lane | | Houston | TX | 77043 |
| Navarro, Crystal | 6915 Jalna | | Houston | TX | 77055 |
| Nolasco, David | 3001 Hillcroft Street | | Houston | TX | 77057 |
| Nunez, Erika | 16545 Loch Katrine | #1111 | Houston | TX | 77084 |
| Och Jose, Carlos | 6320 Windswept | | Houston | TX | 77077 |
| Okoluk, John D | 4518 Verone St. | | Bellaire | TX | 77401 |
| Olusegun, Alabi-Isama | 5600 Chimney Rock | | Houston | TX | 77081 |
| O'Mara, Shaun | 224 Grove St | | Houston | TX | 77020 |
| Ortega, Hector | 4711 Blossom | | Houston | TX | 77007 |
| Ortega, Salvador | 7900 Bellaire | | Houston | TX | 77036 |
| Osborn, Ashley E. | 3660 Richmond Ave. | #414 | Houston | TX | 77046 |
| Owens, Christina | 630 Colony Lake Estates Dr. | Apt. 534 | Stafford | TX | 77477 |
| Pallottelli, Massimo | 2670 Marilee Lane | | Houston | TX | 77057 |
| Parks, Melody L. | 5201 Memorial Dr. | #523 | Houston | TX | 77007 |
| Paul, Mark V. | 100075 Westpark Dr. | #26 | Houston | TX | 77042 |
| Pauw, Jacqueline | 6514 Jackwood | | Houston | TX | 77074 |
| Pemper, Landon | 2412 Yorktown St. | Apt. 308 | Houston | TX | 77056 |
| Pereyra, Eamon | 11607 Inwood Drive | | Houston | TX | 77077 |
| Perez, Allison | 13222 Terralynn Way | | Sugar Land | TX | 77478 |
| Perez, Armando | 9127 Colendale | | Houston | TX | 77037 |
| Perez, Aurora | 1201 McDuffie | #167 | Houston | TX | 77019 |
| Persons, Stephanie M | 8849 Random Rd. | | Fort Worth | TX | 76179 |
| Pledger, Amber | 5103 Halbert | | Pearland | TX | 77581 |
| Porter, Jade | 2424 Sawyer Heights St. | Unit 117 | Houston | TX | 77007 |
| Posadas, Gonzalo | 5312 Clarewood | | Houston | TX | 77081 |
| Pryor, Eric | 12331 North Gessner Rd | | Houston | TX | 77064 |
| Ramirez, Marisol | 7203 Edgemoor Dr. | | Houston | TX | 77074 |

| Name | Address | Apt/# | City | State | Zip |
|---|---|---|---|---|---|
| Rathjen, Olya | 5615 McKnight St. | | Houston | TX | 77035 |
| Reyes, Isnardo | 8162 Richmond Ave | | Houston | TX | 77063 |
| Rhodes, Christopher | 5959 Fm 1960 West | | Houston | TX | 77069 |
| Richardson, Kristin | 9550 Ella Lee Lane | #1703 | Houston | TX | 77063 |
| Riquelme, Eliut | 9218 Twin Hills Dr. | | Houston | TX | 77031 |
| Robinson, Morgan | 6706 Lawndale St. | | Houston | TX | 77023 |
| Rodriguez, Leslie | 6623 Pouter Drive | | Houston | TX | 77083 |
| Rogers-Alexander, Tawana | 7906 Locke Lane | #2 | Houston | TX | 77063 |
| Rojas, Oscar | 3616 Richmond Ave. | #1603 | Houston | TX | 77046 |
| Rosales, Antonio | 6320 Windswept | #675 | Houston | TX | 77056 |
| Ryan, Derek | 2800 Rolido | #154 | Houston | TX | 77063 |
| Ryden, Brent | 9550 Ella Lee Lane | | Houston | TX | 77063 |
| Salinas, Omar | 16545 Loch Katherine | Apt. 1111 | Houston | TX | 77084 |
| Sanchez, Aaron | 7979 Westheimer | Apt. 2711 | Houston | TX | 77063 |
| Sanchez, Jose | 1911 Post Oak Park Drive | | Houston | TX | 77027 |
| Sanchez, Juan | 2101 Hayes Drive | Apt. 1101 | Houston | TX | 77077 |
| Sanchez, Juan | 2101 Hayes Drive | Apt. 1101 | Houston | TX | 77077 |
| Sanchez, Juan | 2101 Hayes Drive | Apt. 1101 | Houston | TX | 77077 |
| Sanchez, Luiz | 6425 Westheimer | | Houston | TX | 77057 |
| Sanchez-Maldonado, Alfredo | 3203 St. George Square Court | | Houston | TX | 77056 |
| Sandoval, Eduardo | 5601 Chimney Rock | | Houston | TX | 77081 |
| Sanhaji, Abdellah | 2100 Fountain View Dr. | | Houston | TX | 77057 |
| Sarmiento, Elizabeth | 5201 Memorial Dr. | #408 | Houston | TX | 77007 |
| Sawyer, William | 16339 Stenbner-Airline Rd | | Spring | TX | 77379 |
| Schamberger, Amanda | 5479 Maple Street | | Houston | TX | 77096 |
| Schuessler, Taylor | 3003 Windchase | | Houston | TX | 77082 |
| See, Douglas | 12747 Ribbon Meadow Ct | | Humble | TX | 77346 |
| Seng, Stanley L | 16743 Libson Falls | | Houston | TX | 77095 |
| Shaffer, Tanner | 3800 Audley St | 7109 | Houston | TX | 77098 |
| Shaon, Michael | 4483 Country Road 181 | | Alvin | TX | 77511 |
| Shapiro, Bonnie L. | 2350 Bering Dr. | #17 | Houston | TX | 77057 |
| Shojaei, Gholamreza Ray | 9610 Wellsworth | | Houston | TX | 77083 |
| Silva, Stephen | 970 Bunker Hill Rd. | | Houston | TX | 77024 |
| Simaj, Miguel | 6425 Westheimar | | Houston | TX | 77057 |
| Sloan, Joseph | 4400 Memorial Drive | | Houston | TX | 77007 |
| Smith, Chad | 19726 Laguna Meadows Ct | | Houston | TX | 77094 |
| Smith, Christina | 12814 Amando Dr. | | Houston | TX | 77065 |

| Name | Address | Unit | City | State | Zip |
|---|---|---|---|---|---|
| Smith, David W. | 3907 Ivywood Dr. | | Pearland | TX | 77584 |
| Soto, Camille | 2005 S. Mason Rd | | Katy | TX | 77450 |
| Soto, Claudia Ximena | 20919 Kirkland Woods Dr. | | Houston | TX | 77095 |
| Spivey, Erica | 2845 Love Lane | | Friendswood | TX | 77546 |
| Stasio, Alison | 2574 Marilee Lane | #12 | Houston | TX | 77057 |
| Stell, Cheryl | 14915 Brookpoint Dr. | | Houston | TX | 77062 |
| Stepanek, Toni C. | 1111 Houghton Rd. | #309 | Katy | TX | 77450 |
| Suaste, Jorge | 3310 Ashfield Dr. | | Houston | TX | 77082 |
| Tahay, Benito | 5909 Fondren | | Houston | TX | 77036 |
| Taylor, Evelyn | 5830 Wigton Dr | | Houston | TX | 77096 |
| Taylor, James | 2421 Westcreek Lane | | Houston | TX | 77027 |
| Tecun, Manuel | 6425 Westheimer | | Houston | TX | 77057 |
| Templin, Briana | 3806 Teakwood Dr. E | | La Porte | TX | 77571 |
| Thapar, Manesh | 12303 Waldemar Dr | | Houston | TX | 77077 |
| Thomas, Lauren | 2800 Kirby | A519 | Houston | TX | 77098 |
| Thompson, Keith | 4047 Falkirk Lane | | Houston | TX | 77025 |
| Tizol-Mazariego, Jose | 2737 Briargrove Drive | #126 | Houston | TX | 77057 |
| Topper, Ryan M. | 4040 San Felipe | #268 | Houston | TX | 77027 |
| Torres-Zarate, Toribio | 6425 Westheimer | | Houston | TX | 77057 |
| Toung, Kristina | 3815 Waterbend Cove | | Spring | TX | 77386 |
| Tourtellot, Sarah | 11817 Spring Grove Dr. | | Houston | TX | 77099 |
| Townley, Scott | 1232 Delano | | Houston | TX | 77003 |
| Tran, Samantha | 16307 Eaglewood Shadows Dr | | Houston | TX | 77083 |
| Trevino, Jessica L | 13014 Birchgrove Dr. | | Houston | TX | 77099 |
| Trinidad, Eugenio | 11215 Longcommon Dr | | Houston | TX | 77099 |
| Troncale, Victor | 926 Judiway | | Houston | TX | 77018 |
| Trujillo, Denise | 7503 Timberway Lane | | Houston | TX | 77072 |
| Tully, David | 3804 Brandy | | Houston | TX | 77006 |
| Turner, Ronald K | 7547 Smilingwood | | Houston | TX | 77086 |
| Tzunun, Adolfo | 3001 Hillcroft | | Houston | TX | 77057 |
| Tzunun, Fernando | 6363 Beverly Hills | | Houston | TX | 77059 |
| Valadez, Nate | 4309 Summer Lane | | Pearland | TX | 77584 |
| Valles, Erika | 20514 Saddleback Chase Lane | | Cypress | TX | 77433 |
| Varley, Brandon | 711 Pacific | | Houston | TX | 77006 |
| Varner, Lauren | 5400 Memorial Drive | #806 | Houston | TX | 77007 |
| Vasquez, Luis F | 2277 Briar Grove Dr. | #827 | Houston | TX | 77057 |
| Vassallo, John | 4241 Bettis Dr | | Houston | TX | 77027 |

Case 4:11-cv-01235   Document 28-2   Filed in TXSD on 01/17/12   Page 10 of 10

| Name | Address | Addr2 | City | State | Zip |
|---|---|---|---|---|---|
| Vazquez, Andres | 11250 Sharp Crest | | Houston | TX | 77072 |
| Vazquez, Ricardo | 11250 Sharpcrests Lane | | Houston | TX | 77072 |
| Vazquez-Gonzalez, Miguel | 5900 Bissonnet | Apt. 2111 | Houston | TX | 77081 |
| Vega, Jessica | 2710 Briarhorst Blvd. | #77 | Houston | TX | 77057 |
| Ventura, Efren | 5701 Shumacher #38 | | Houston | TX | 77057 |
| Vera, Adrian | 6425 Westheimer Rd. | | Houston | TX | 77057 |
| Verdejo, Anthony | 5630 Sharaton Oaks | | Houston | TX | 77091 |
| Vicente, Mariano | 6425 Westheimer | | Houston | TX | 77057 |
| Vicente, Oscar | 6425 Westheimer | | Houston | TX | 77057 |
| Villalpando, Jose | 3222 S 7th St | | Milwaukee | WI | 53215 |
| von Eye, Richard | 7055 Hollister | #1918 | Houston | TX | 77044 |
| Wade, William | 929 Kern St. | | Houston | TX | 77009 |
| Wagner, Jason | 2424 S. Voss Rd. | #p309 | Houston | TX | 77057 |
| Watson, Daniel | 3000 Greenridge Dr | Apt 1006 | Houston | TX | 77057 |
| Weisman, Laura J. | 1806 Cross Spring Dr. | | Sugar Land | TX | 77479 |
| Westphal, Brett | 1410 Eagle Lakes Drive | | Friendswood | TX | 77546 |
| Wherry, Brittany | 2300 W Alabama | | Houston | TX | 77098 |
| Whitmarsh, Jonathan | 3814 Mulberry | | Houston | TX | 77006 |
| Whitted, Mary | 513 Ridge | | Houston | TX | 77009 |
| Wilson, William | 5510 Fountain View | | Houston | TX | 77057 |
| Wu, Simon | 9214 Stroud Dr. | | Houston | TX | 77036 |
| Xec, Pedro | 6061 Beverly Hills | | Houston | TX | 77057 |
| Yat, Gabriel | 8162 Richmond | | Houston | TX | 77056 |
| Zendejas, Christina A | 6121 Winsome Lane #101c | | Houston | TX | 77057 |
| Zepeda, Jessica | 12833 Brianwest Circle | | Houston | TX | 77077 |