## CONSENT TO OPT-IN AND JOIN COLLECTIVE ACTION
### Fair Labor Standards Act 29 U.S.C. § 216(b)

*Case No. 4:11-cv-01235; Sharon Flowers et al v. Narf Hou, LLC a/k/a Mo's A Place for Steaks and John A. Vassallo;* In the United States District Court for the Southern District of Texas, Houston Division.

Pursuant to section 216(b) of the Fair Labor Standards Act, I hereby consent to opt-in and become a party plaintiff in a collective action brought in the United States District Court for the Southern District of Texas and identified above, entitled *Sharon Flowers et al v. Narf Hou, LLC a/k/a Mo's A Place for Steaks and John A. Vassallo.* I elect to join this lawsuit in order to recover unpaid wages, overtime wages and other sums owing to me and other similarly-situated employees under the FLSA and any other applicable federal and state law. *See* 29 U.S.C. § 201, *et seq.* I hereby authorize attorney Melissa Moore and the law firm Moore & Associates to pursue any claims I may have in this lawsuit relating to unpaid wages, including such litigation as may be necessary. I hereby consent, agree and elect to become a party plaintiff and to be bound by any judgment or settlement of this action and adjudication by this Court.

_____    _____
Signature                                Date Signed

_____
Printed Name

_____    _____  _____  _____
Street Address                           City              State    Zip

(_____)_____    _____
Telephone Number                         E-mail Address

**NOTE: TO JOIN THIS COLLECTIVE ACTION LAWSUIT FOR FLSA CLAIMS, YOU MUST COMPLETE THIS CONSENT FORM, SIGN WHERE INDICATED, AND FILE IT DIRECTLY WITH THE COURT OR MAIL IT TO PLAINTIFF'S COUNSEL IN THE ENCLOSED ENVELOPE AT THE FOLLOWING ADDRESS:**

Melissa A. Moore
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Fax: (713) 222-6739

***IMPORTANT NOTES***

1. The mailing of this notice and consent form was approved and authorized by the Judge in this case.
2. In order to ensure that your rights are fully protected against the statute of limitations, it is critical that you sign and return this consent form as soon as possible.
3. **SIGNED FORM MUST BE POSTMARKED BY** _____.



EXHIBIT E