IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON FLOWERS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § § § | C.A. NO. 4:11-cv-01235 |
| v. | § § § | |
| MGTI, LLC a/k/a MO'S STEAKHOUSE, NARF HOU, LLC a/k/a MO'S A PLACE FOR STEAKS, and JOHN A. VASSALLO, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

AFFIDAVIT OF _____

I, _____, declare:

1. I am over the age of eighteen (18) years, am of sound mind, and otherwise qualified to make this affidavit. I have personal knowledge of each and every fact contained in this affidavit, and all such matters are true and correct. If sworn as a witness, I will testify competently to all of the facts contained herein.

2. I am the person in charge of personnel records for NARF HOU, LLC a/k/a Mo's A Place for Steaks and JOHN A. VASSALLO (referred to as "Defendants"). Attached to this affidavit is a complete and accurate list of current and former employees who worked in the position of "waiter", "waitress", or "server") (or who were performing the job functions of a "waiter, waitress, or server") at any location owned and/or controlled and/or operated by Defendants at any time from [DATE], to the present. Also attached are the last known mailing addresses, telephone numbers, dates of birth, and Social Security numbers of those employees.

3. No employees have been excluded from this list. I have performed a thorough investigation and have spent approximately _____ hours in preparing this list.



EXHIBIT F

1

I declare under penalty of perjury that the foregoing is true and correct.

_____
Affiant

State of _____  §
                                §
County of _____  §

    SWORN TO and SUBSCRIBED before me this \_\_\_\_\_ day of _____ in the year 2012.

_____
Notary Public
State of _____