```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                           HOUSTON DIVISION

 3
       SHARON FLOWERS,            .  Civil Action
 4     Individually and on        .  No. 11-1235
       Behalf of All Others       .
 5     Similarly Situated,        .
                                  .
 6                                .
                                  .
 7     VS.                        .
                                  .
 8                                .
                                  .
 9                                .
                                  .
10     NARF HOU, LLC, also        .
       known as Mo's A Place      .
11     for Steaks and JOHN A.     .  APRIL 24, 2013
       VASSALLO.                  .  HOUSTON, TEXAS
12                                .

13                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE LEE H. ROSENTHAL
14                    UNITED STATES DISTRICT JUDGE

15
       APPEARANCES:
16

17     FOR PLAINTIFFS:
                                 MS. MELISSA MOORE
18                               Moore & Associates
                                 Lyric Center
19                               440 Louisiana Street
                                 Suite 675
20                               Houston, Texas 77002

21

22

23

24     Proceedings recorded by mechanical stenography, transcript
       produced by computer-aided transcription.
25
```

1  APPEARANCES (CONTINUED):

2

3  FOR DEFENDANTS:

4                              MR. GREGORY ROTA
                               Ebanks Horne Rota Moos LLP
5                              1301 McKinney
                               Suite 2700
6                              Houston, Texas 77010

7

8  OFFICIAL COURT REPORTER:  MS. STEPHANIE KAY CARLISLE
                             U.S. District Court
9                            515 Rusk, Suite 8016
                             Houston, Texas 77002
10                           713.250.5157

11

12

13

14

15                           *  *  *

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2                  (April 24, 2013)

3          THE COURT:  All right.  The settlement conference.

4                Go ahead, please.

09:52:03AM  5          MS. MOORE:  Certainly.  Your Honor, on behalf of the

6   plaintiffs, we have presented the Court with identical joint

7   motions for approval of settlements.  We have -- we are in

8   agreement on every item with the exception of the release

9   language, which I have tagged one being a short form, which is

09:52:21AM 10   a release of only the FLSA claims, which we believe as the

11   plaintiffs, being that this has been certified as a class

12   action can only be released in this lawsuit.  It is my

13   understanding from defendants' position that the defendants

14   are requiring full release of any and all claims.  And that's

09:52:39AM 15   the... in what I considered long form of Paragraph 13.  So --

16          THE COURT:  Since it is only going to bind people

17   who opt-in, who then become parties --

18          MS. MOORE:  That's correct.

19          THE COURT:  -- then why isn't -- why couldn't it

09:52:52AM 20   appropriately extend beyond?  It is not like a Rule 23 class

21   action.

22          MS. MOORE:  That's correct, Your Honor.  Just from

23   past experiences when a class has been certified, and we

24   typically have the class representative attend settlement or

09:53:08AM 25   mediations, it's been our understanding and our belief that

4

```
 1  they can only settle the FLSA claims --
 2              THE COURT:  What other claims do the defendants want
 3  released as to the opt-in plaintiffs as well?
 4              MS. MOORE:  Your Honor, if you go over to --
 5              THE COURT:  I'm looking at Page 5.
 6              MS. MOORE:  Page 5, the proposed language is:  Every
 7  possible claim.
 8              THE COURT:  Arising out of the employment?
 9              MS. MOORE:  Yes.  If you go -- there's two different
 10 copies, Your Honor.  There's a paragraph -- Paragraph 13 which
 11 is -- kind of has the standard employment law full release,
 12 which is, you know...
 13             THE COURT:  Uh-huh.  That have been brought in the
 14 lawsuit.
 15             MS. MOORE:  Well, the only thing that has been
 16 brought in the lawsuit --
 17             THE COURT:  I understand that.
 18             MS. MOORE:  Right.
 19             THE COURT:  Okay.  And then in the other version...
 20             MS. MOORE:  Is typical language, Your Honor, that --
 21             THE COURT:  Anything relating to the employment that
 22 was brought or could have been brought?
 23             MS. MOORE:  That's correct.
 24             THE COURT:  That really requires everybody who is
 25 opting in to give up any -- any employment dispute that they
```

09:53:30AM 10
09:53:42AM 15
09:53:51AM 20
09:54:06AM 25

1   might have with respect to your client, correct?

2               MR. ROTA:  Correct, Your Honor.

3               THE COURT:  I'm not going to approve that.  I think

4   it goes beyond what I can approve in the context of an FLSA

09:54:28AM  5   settlement.

6               MR. ROTA:  Okay.

7               THE COURT:  So if you need to go back to your client

8   now and talk to them --

9               MR. ROTA:  My client was willing to accept the

09:54:31AM 10   guidance from the Court.

11               THE COURT:  That's the only dispute?

12               MS. MOORE:  That's the only dispute, Your Honor.

13               THE COURT:  Go ahead, then.

14               MS. MOORE:  Certainly.  Your Honor, this was pled as

09:54:38AM 15   a typical credit violation.  We represented after the

16   opt-in -- 14 individuals opted in, including the plaintiff.

17   Following mediation, the parties were able to get the case

18   resolved.  And essentially through the settlement, each opt-in

19   is going to be receiving a hundred percent of the difference

09:54:57AM 20   between what they were actually paid, which is 213, and the

21   appropriate minimum wage at the time.  Additionally, they are

22   receiving their full amount of overtime and approximately

23   15 percent of liquidated damages.  So, they are being fully

24   compensated over a three-year period.

09:55:14AM 25               Additionally, at the time the case was

6

1 resolved, the attorneys' fees that we had incurred were

2 approximately $55,000. As a result of the settlement, we are

3 willing to take a total of $30,000 for attorneys' fees and

4 costs. $2,601 is cost that the firm incurred, Your Honor.

09:55:30AM 5 All of the opt-in's have approved the settlement. They are in

6 agreement on the amounts, even though it will have to be paid

7 over a period of approximately eight months.

8             The parties were joint in crafting the

9 settlement agreement. With the Court's guidance we were able

09:55:46AM 10 to get the last issue resolved.

11             So we would ask the Court to approve the

12 settlement. And following the Court's approval, we will file

13 the joint motion for approval of settlement, as the Court has

14 asked us to do in the past, with a full copy of the settlement

09:56:00AM 15 agreement under seal and then a redacted version to be filed

16 as an attachment as well.

17             THE COURT: All right. Go ahead.

18             MR. ROTA: Defendants are also asking the Court to

19 approve the settlement.

09:56:13AM 20             THE COURT: Okay. The only question I have about

21 it --

22             MS. MOORE: Yes, Your Honor.

23             THE COURT: -- is the provision for filing it under

24 seal.

09:56:24AM 25             MS. MOORE: Yes, Your Honor.

1          THE COURT:   I would not want this filed under seal.

2     You can file a version under seal that has the names and the

3     specific amounts.

4          MS. MOORE:   Certainly.

09:56:34AM  5          THE COURT:   But you need to file an un -- a version

6     that is -- then you can file the full version under seal.

7          MS. MOORE:   Sure.

8          THE COURT:   But you need to file without seal a

9     version that shows the facts of the settlement but doesn't

09:56:50AM 10   have the amounts.

11          MS. MOORE:   Your Honor, in the past we filed -- I

12     just want to make sure this is okay -- we filed the joint

13     motion for approval of settlement and as an attachment we

14     filed a redacted version and then under seal that particular

09:57:03AM 15   exhibit, which will be under seal, which has the names and the

16     amounts.

17          THE COURT:   That would work.   With that, I will

18     approve the settlement.   I find that it is in the best

19     interest of the parties.   I find that it is fair, adequate,

09:57:15AM 20   and reasonable.   That it was reached at arm's length after

21     being vigorously disputed and in good faith.

22               And what is the amount of attorneys' fees?

23          MS. MOORE:   The amount -- the total, including the

24     cost, is $30,000.

09:57:27AM 25          THE COURT:   Given the relationship to the amount

1 recovered by the class, I find that it, too, is reasonable and

2 I will approve that as well.

3          MS. MOORE:  Thank you, Your Honor.

4          THE COURT:  Anything else that we need to do today?

09:57:39AM 5          MS. MOORE:  Nothing further, Your Honor.

6          THE COURT:  Very good.  Thank you very much.

7          Let me make sure I am filing the right one --

8 signing -- the release agreement is the one that on Page 5 has

9 a Paragraph 13 that is short.

09:57:59AM 10          MS. MOORE:  That's correct.  We will file that

11 shortly.

12          THE COURT:  I am signing the agreed judgment as

13 well.

14          What's today's interest, Lisa?  Not much.

09:58:32AM 15          Thank you.  You are excused.

16          MS. MOORE:  Your Honor, I think we just need to sign

17 that agreed judgment that you've just signed.

18          THE COURT:  Lisa.

19          THE CASE MANAGER:  .12 percent.

20      (Proceedings concluded.)

21                            * * *

Certify that the foregoing is a correct transcript from the

22 record of proceedings in the above-entitled cause, to the best
of my ability.

23

24

//s_____     10/10/2013

25 Stephanie Kay Carlisle          CSR, RPR       Date
Official Court Reporter

| $ | A |
|---|---|
| **$2,601** [1] - 6:4 | **ability** [1] - 8:22 |
| **$30,000** [2] - 6:3, 7:24 | **able** [2] - 5:17, 6:9 |
| **$55,000** [1] - 6:2 | **above-entitled** [1] - 8:22 |

## /

**//s** [1] - 8:24

## 1

**10/10/2013** [1] - 8:24
**11-1235** [1] - 1:4
**12** [1] - 8:19
**13** [3] - 3:15, 4:10, 8:9
**1301** [1] - 2:5
**14** [1] - 5:16
**15** [1] - 5:23

## 2

**2013** [2] - 1:11, 3:2
**213** [1] - 5:20
**23** [1] - 3:20
**24** [2] - 1:11, 3:2
**2700** [1] - 2:5

## 4

**440** [1] - 1:19

## 5

**5** [3] - 4:5, 4:6, 8:8
**515** [1] - 2:9

## 6

**675** [1] - 1:19

## 7

**713.250.5157** [1] - 2:10
**77002** [2] - 1:20, 2:9
**77010** [1] - 2:6

## 8

**8016** [1] - 2:9

## A

**ability** [1] - 8:22
**able** [2] - 5:17, 6:9
**above-entitled** [1] - 8:22
**accept** [1] - 5:9
**Action** [1] - 1:3
**action** [2] - 3:12, 3:21
**Additionally** [2] - 5:21, 5:25
**adequate** [1] - 7:19
**agreed** [2] - 8:12, 8:17
**agreement** [5] - 3:8, 6:6, 6:9, 6:15, 8:8
**ahead** [3] - 3:4, 5:13, 6:17
**aided** [1] - 1:24
**amount** [4] - 5:22, 7:22, 7:23, 7:25
**amounts** [4] - 6:6, 7:3, 7:10, 7:16
**APPEARANCES** [2] - 1:15, 2:1
**appropriate** [1] - 5:21
**appropriately** [1] - 3:20
**approval** [4] - 3:7, 6:12, 6:13, 7:13
**approve** [6] - 5:3, 5:4, 6:11, 6:19, 7:18, 8:2
**approved** [1] - 6:5
**April** [1] - 3:2
**APRIL** [1] - 1:11
**Arising** [1] - 4:8
**arm's** [1] - 7:20
**Associates** [1] - 1:18
**attachment** [2] - 6:16, 7:13
**attend** [1] - 3:24
**attorneys'** [3] - 6:1, 6:3, 7:22

## B

**become** [1] - 3:17
**BEFORE** [1] - 1:13
**behalf** [1] - 3:5
**Behalf** [1] - 1:4
**belief** [1] - 3:25
**best** [2] - 7:18, 8:22
**between** [1] - 5:20
**beyond** [2] - 3:20, 5:4

**bind** [1] - 3:16
**brought** [4] - 4:13, 4:16, 4:22

## C

**Carlisle** [1] - 8:25
**CARLISLE** [1] - 2:8
**case** [2] - 5:17, 5:25
**CASE** [1] - 8:19
**Center** [1] - 1:18
**Certainly** [3] - 3:5, 5:14, 7:4
**certified** [2] - 3:11, 3:23
**Certify** [1] - 8:21
**Civil** [1] - 1:3
**claim** [1] - 4:7
**claims** [4] - 3:10, 3:14, 4:1, 4:2
**class** [5] - 3:11, 3:20, 3:23, 3:24, 8:1
**client** [3] - 5:1, 5:7, 5:9
**compensated** [1] - 5:24
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concluded** [1] - 8:20
**conference** [1] - 3:3
**considered** [1] - 3:15
**context** [1] - 5:4
**CONTINUED** [1] - 2:1
**copies** [1] - 4:10
**copy** [1] - 6:14
**correct** [6] - 3:18, 3:22, 4:23, 5:1, 8:10, 8:21
**Correct** [1] - 5:2
**cost** [2] - 6:4, 7:24
**costs** [1] - 6:4
**COURT** [29] - 1:1, 2:8, 3:3, 3:16, 3:19, 4:2, 4:5, 4:8, 4:13, 4:17, 4:19, 4:21, 4:24, 5:3, 5:7, 5:11, 5:13, 6:17, 6:20, 6:23, 7:1, 7:5, 7:8, 7:17, 7:25, 8:4, 8:6, 8:12, 8:18
**Court** [7] - 2:8, 3:6, 5:10, 6:11, 6:13, 6:18, 8:25
**Court's** [2] - 6:9, 6:12
**crafting** [1] - 6:8
**credit** [1] - 5:15

**CSR** [1] - 8:25

## D

**damages** [1] - 5:23
**Date** [1] - 8:25
**DEFENDANTS** [1] - 2:3
**Defendants** [1] - 6:18
**defendants** [2] - 3:13, 4:2
**defendants'** [1] - 3:13
**difference** [1] - 5:19
**different** [1] - 4:9
**dispute** [3] - 4:25, 5:11, 5:12
**disputed** [1] - 7:21
**District** [1] - 2:8
**DISTRICT** [3] - 1:1, 1:1, 1:14
**DIVISION** [1] - 1:2

## E

**Ebanks** [1] - 2:4
**eight** [1] - 6:7
**employment** [4] - 4:8, 4:11, 4:21, 4:25
**entitled** [1] - 8:22
**essentially** [1] - 5:18
**exception** [1] - 3:8
**excused** [1] - 8:15
**exhibit** [1] - 7:15
**experiences** [1] - 3:23
**extend** [1] - 3:20

## F

**facts** [1] - 7:9
**fair** [1] - 7:19
**faith** [1] - 7:21
**fees** [3] - 6:1, 6:3, 7:22
**file** [6] - 6:12, 7:2, 7:5, 7:6, 7:8, 8:10
**filed** [5] - 6:15, 7:1, 7:11, 7:12, 7:14
**filing** [2] - 6:23, 8:7
**firm** [1] - 6:4
**FLOWERS** [1] - 1:3
**FLSA** [3] - 3:10, 4:1, 5:4
**Following** [1] - 5:17
**following** [1] - 6:12
**FOR** [2] - 1:17, 2:3

**foregoing** [1] - 8:21
**form** [2] - 3:9, 3:15
**full** [5] - 3:14, 4:11, 5:22, 6:14, 7:6
**fully** [1] - 5:23

## G

**Given** [1] - 7:25
**GREGORY** [1] - 2:4
**guidance** [2] - 5:10, 6:9

## H

**Honor** [15] - 3:5, 3:22, 4:4, 4:10, 4:20, 5:2, 5:12, 5:14, 6:4, 6:22, 6:25, 7:11, 8:3, 8:5, 8:16
**HONORABLE** [1] - 1:13
**Horne** [1] - 2:4
**HOU** [1] - 1:10
**HOUSTON** [2] - 1:2, 1:11
**Houston** [3] - 1:20, 2:6, 2:9
**hundred** [1] - 5:19

## I

**identical** [1] - 3:6
**in's** [1] - 6:5
**including** [2] - 5:16, 7:23
**incurred** [2] - 6:1, 6:4
**Individually** [1] - 1:4
**individuals** [1] - 5:16
**interest** [2] - 7:19, 8:14
**issue** [1] - 6:10
**item** [1] - 3:8

## J

**JOHN** [1] - 1:11
**joint** [4] - 3:6, 6:8, 6:13, 7:12
**JUDGE** [1] - 1:14
**judgment** [2] - 8:12, 8:17

## K

**KAY** [1] - 2:8
**Kay** [1] - 8:25
**kind** [1] - 4:11
**know..** [1] - 4:12
**known** [1] - 1:10

## L

**language** [3] - 3:9, 4:6, 4:20
**last** [1] - 6:10
**law** [1] - 4:11
**lawsuit** [3] - 3:12, 4:14, 4:16
**LEE** [1] - 1:13
**length** [1] - 7:20
**liquidated** [1] - 5:23
**Lisa** [2] - 8:14, 8:18
**LLC** [1] - 1:10
**LLP** [1] - 2:4
**looking** [1] - 4:5
**Louisiana** [1] - 1:19
**Lyric** [1] - 1:18

## M

**MANAGER** [1] - 8:19
**McKinney** [1] - 2:5
**mechanical** [1] - 1:24
**mediation** [1] - 5:17
**mediations** [1] - 3:25
**MELISSA** [1] - 1:17
**might** [1] - 5:1
**minimum** [1] - 5:21
**Mo's** [1] - 1:10
**months** [1] - 6:7
**MOORE** [23] - 1:17, 3:5, 3:18, 3:22, 4:4, 4:6, 4:9, 4:15, 4:18, 4:20, 4:23, 5:12, 5:14, 6:22, 6:25, 7:4, 7:7, 7:11, 7:23, 8:3, 8:5, 8:10, 8:16
**Moore** [1] - 1:18
**Moos** [1] - 2:4
**motion** [2] - 6:13, 7:13
**motions** [1] - 3:7
**MR** [5] - 2:4, 5:2, 5:6, 5:9, 6:18
**MS** [24] - 1:17, 2:8, 3:5, 3:18, 3:22, 4:4, 4:6, 4:9, 4:15, 4:18, 4:20, 4:23, 5:12, 5:14, 6:22, 6:25, 7:4, 7:7, 7:11, 7:23, 8:3, 8:5, 8:10, 8:16

## N

**names** [2] - 7:2, 7:15
**NARF** [1] - 1:10
**need** [5] - 5:7, 7:5, 7:8, 8:4, 8:16
**Nothing** [1] - 8:5

## O

**OF** [2] - 1:1, 1:13
**OFFICIAL** [1] - 2:8
**Official** [1] - 8:25
**one** [3] - 3:9, 8:7, 8:8
**opt** [5] - 3:17, 4:3, 5:16, 5:18, 6:5
**opt-in** [4] - 3:17, 4:3, 5:16, 5:18
**opt-in's** [1] - 6:5
**opted** [1] - 5:16
**opting** [1] - 4:25
**overtime** [1] - 5:22

## P

**Page** [3] - 4:5, 4:6, 8:8
**paid** [2] - 5:20, 6:6
**Paragraph** [3] - 3:15, 4:10, 8:9
**paragraph** [1] - 4:10
**particular** [1] - 7:14
**parties** [4] - 3:17, 5:17, 6:8, 7:19
**past** [3] - 3:23, 6:14, 7:11
**people** [1] - 3:16
**percent** [3] - 5:19, 5:23, 8:19
**period** [2] - 5:24, 6:7
**Place** [1] - 1:10
**plaintiff** [1] - 5:16
**plaintiffs** [3] - 3:6, 3:11, 4:3
**PLAINTIFFS** [1] - 1:17
**pled** [1] - 5:14
**position** [1] - 3:13
**possible** [1] - 4:7
**presented** [1] - 3:6
**PROCEEDINGS** [1] - 1:13
**proceedings** [1] - 8:22

**Proceedings** [2] - 1:24, 8:20
**produced** [1] - 1:24
**proposed** [1] - 4:6
**provision** [1] - 6:23

## R

**reached** [1] - 7:20
**really** [1] - 4:24
**reasonable** [2] - 7:20, 8:1
**receiving** [2] - 5:19, 5:22
**record** [1] - 8:22
**recorded** [1] - 1:24
**recovered** [1] - 8:1
**redacted** [2] - 6:15, 7:14
**relating** [1] - 4:21
**relationship** [1] - 7:25
**release** [5] - 3:8, 3:10, 3:14, 4:11, 8:8
**released** [2] - 3:12, 4:3
**Reporter** [1] - 8:25
**REPORTER** [1] - 2:8
**representative** [1] - 3:24
**represented** [1] - 5:15
**requires** [1] - 4:24
**requiring** [1] - 3:14
**resolved** [3] - 5:18, 6:1, 6:10
**respect** [1] - 5:1
**result** [1] - 6:2
**ROSENTHAL** [1] - 1:13
**ROTA** [5] - 2:4, 5:2, 5:6, 5:9, 6:18
**Rota** [1] - 2:4
**RPR** [1] - 8:25
**Rule** [1] - 3:20
**Rusk** [1] - 2:9

## S

**seal** [8] - 6:15, 6:24, 7:1, 7:2, 7:6, 7:8, 7:14, 7:15
**settle** [1] - 4:1
**settlement** [14] - 3:3, 3:24, 5:5, 5:18, 6:2, 6:5, 6:9, 6:12, 6:13, 6:14, 6:19, 7:9, 7:13, 7:18

**settlements** [1] - 3:7
**SHARON** [1] - 1:3
**short** [2] - 3:9, 8:9
**shortly** [1] - 8:11
**shows** [1] - 7:9
**sign** [1] - 8:16
**signed** [1] - 8:17
**signing** [2] - 8:8, 8:12
**Similarly** [1] - 1:5
**Situated** [1] - 1:5
**SOUTHERN** [1] - 1:1
**specific** [1] - 7:3
**standard** [1] - 4:11
**STATES** [2] - 1:1, 1:14
**Steaks** [1] - 1:11
**stenography** [1] - 1:24
**STEPHANIE** [1] - 2:8
**Stephanie** [1] - 8:25
**Street** [1] - 1:19
**Suite** [3] - 1:19, 2:5, 2:9

## T

**tagged** [1] - 3:9
**TEXAS** [2] - 1:1, 1:11
**Texas** [3] - 1:20, 2:6, 2:9
**THE** [29] - 1:13, 3:3, 3:16, 3:19, 4:2, 4:5, 4:8, 4:13, 4:17, 4:19, 4:21, 4:24, 5:3, 5:7, 5:11, 5:13, 6:17, 6:20, 6:23, 7:1, 7:5, 7:8, 7:17, 7:25, 8:4, 8:6, 8:12, 8:18, 8:19
**the..** [1] - 3:15
**three** [1] - 5:24
**three-year** [1] - 5:24
**today** [1] - 8:4
**today's** [1] - 8:14
**total** [2] - 6:3, 7:23
**TRANSCRIPT** [1] - 1:13
**transcript** [2] - 1:24, 8:21
**transcription** [1] - 1:24
**two** [1] - 4:9
**typical** [2] - 4:20, 5:15
**typically** [1] - 3:24

## U

**U.S** [1] - 2:8
**under** [7] - 6:15, 6:23, 7:1, 7:2, 7:6, 7:14, 7:15
**UNITED** [2] - 1:1, 1:14
**up** [1] - 4:25

## V

**VASSALLO** [1] - 1:11
**version** [6] - 6:15, 7:2, 7:5, 7:6, 7:9, 7:14
**version..** [1] - 4:19
**vigorously** [1] - 7:21
**violation** [1] - 5:15
**VS** [1] - 1:7

## W

**wage** [1] - 5:21
**willing** [2] - 5:9, 6:3

## Y

**year** [1] - 5:24